IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

JAMES BOLAND, et al.,

    Plaintiffs,

vs.

MASONRY CONSTRUCTION, INC.,

    Defendants.

Case No.15-MC-7-CVE

## OPINION AND ORDER

Plaintiffs' Application for Order Requiring Judgment Debtor to Appear and Answer as to Assets, [Dkt. 8], is before the court.

Plaintiffs' Application recites that judgment was obtained in the "above-captioned case." Judgment has not been obtained in the captioned case. Rather, judgment from another district was registered in this case. [Dkt. 1]. Further, the Application recites that Defendant resides in Kingfisher or Logan County, State of Oklahoma. That address is not within the Northern District of Oklahoma. There is no information within the Application or otherwise within the other items filed in this case to indicate that this district is the proper venue for the requested hearing. No authority been cited to establish the propriety of issuing an order for the requested hearing in light of Defendant's residence.

Plaintiffs' Application for Order Requiring Judgment Debtor to Appear and Answer as to Assets, [Dkt. 8], is DENIED without prejudice to refiling upon correction of the identified deficiencies.

SO ORDERED this 29th of September, 2015.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE